UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON D. VILLALOBOS,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK,<br><br>    Respondent. | No.  2:14-cv-1966-MCE-EFB (P)<br><br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On August 28, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 18), which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Neither party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed August 28, 2015 (ECF No. 18) are ADOPTED IN FULL;

2. Petitioner's Motion for Stay and Abeyance (ECF No. 16) is DENIED without prejudice; and

3. Petitioner is granted thirty (30) days to file another motion to stay that makes the showing necessary under either Rhines v. Weber, 544 U.S. 269 (2005) or Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002). Petitioner shall consult the Findings and Recommendations for further direction in drafting his motion.

IT IS SO ORDERED.

Dated:  September 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT