UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON D. VILLALOBOS,<br><br>    Petitioner,<br><br> v.<br><br>FRED FOULK,<br><br>    Respondent. | No. 2:14-cv-1966-MCE-EFB P<br><br><br><br>ORDER |

  Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 2, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed August 2, 2016, are adopted in full;

  2. Petitioner's September 28, 2015 motion for stay (ECF No. 19) is denied as moot; and

3.  Respondent is granted 21 days from the date of this order to file an amended answer or a motion addressing the timeliness of petitioner's previously-unexhausted claims, if he so chooses.

IT IS SO ORDERED.

Dated:  September 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE